1  Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
2  The Historical Romain Building
2055 San Joaquin Street
3  Fresno, California 93721
Telephone (559) 256-9800
4  Facsimile (559) 256-9792

5  Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
**EASTERN  DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  **UNITED STATES OF AMERICA** | ) **Case No. 1:10-CR-00416-006-LJO** |
| 11      **Plaintiff,** | ) **JOINT STIPULATION TO** ) **CONTINUE SENTENCING** ) **HEARING; ORDER THEREON** |
| 12      **v.** | ) |
| 13  **ARCELIO SERRANO-ZEPEDA,** | ) **Date: July 9, 2012** |
| 14      **Defendant.** | ) **Time: 8:30a.m.** |
| 15 | ) *Honorable Lawrence J. ONeill, Presiding* |
| 16 | ) |

17        **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

18  respective attorneys of record herein, that the Sentencing  hearing in the above-captioned matter

19  now scheduled for July 9, 2012 at 8:30a.m.,  **may be continued to August 27, 2012 at 8:30 a.m.**

20        The grounds for the continuance are to allow time for a further debriefing with the

21  defendant Arcelio Serrano-Zepeda so that he may provide Assistant United States Attorney,

22  Kathleen Servatius with more information.

23  ///

24  ///

25  ///

26  ///

27

28

1

1

2 The parties agree that the delay resulting from the continuance shall be excluded in the

3 interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

4 and 3161 (B)(ii)(iv).

Dated: June 28, 2012          Respectfully Submitted by:

5                               PETER SINGH & ASSOCIATES, P.C.

6

7                               By:     /s/ Peter Singh

8                               PETER SINGH,

9                                 Attorney for ARCELIO SERRANO-ZEPEDA, Defendant

10

11 Dated: June 28, 2012          United States Attorney's Office,

12                               Eastern  Dist. Of California

13

14                               By:    /s/Carlos Arguello

15                                  KATHLEEN SERVATIUS,

16                                  Assistant U.S. Attorney

17

18     E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being

19 used to file this Joint Stipulation to Continue Status Conference. I hereby attest that Kathleen

20 Servatius has concurred in this filing.

DATED: June 28, 2012          PETER SINGH & ASSOCIATES

21

22

23                               By:    /s/ Peter Singh

                                  PETER SINGH

24                                  Attorney for ARCELIO SERRANO-ZEPEDA

25

26

27

28

1  Peter Singh, Esq. (#183686)
   PETER SINGH & ASSOICATES
2  The Historical Romain Building
   2055 San Joaquin Street
3  Fresno, California  93721
   Telephone  (559) 256-9800
4  Facsimile   (559) 256-9792

5  Attorney for:  ARCELIO SERRANO-ZEPEDA, Defendant

6

7

8                     UNITED STATE DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.:1:10-CR-00416-006-LJO
                                       )
12            Plaintiff,               )  ORDER TO CONTINUE SENTENCING
                                       )  HEARING
13       vs.                           )
                                       )
14  ARCELIO SERRANO-ZEPEDA,            )  Date: July 9, 2012
                                       )  Time:  8:30 a.m.
15            Defendant.               )
                                       )  Honorable Lawrence J. O Neill, Presiding
16  ─────────────────────────────

17

18       **IT IS SO ORDERED,** the sentencing calendared for July 9, 2012 at 8:30 a.m. now be

19  continued to **August 27, 2012 at 8:30 a.m.** and  time is hereby excluded pursuant to 18 U.S.C.

20  §3161(h)(7)(A) and §3161(B)(ii)(iv).

21

22

23  IT IS SO ORDERED.

24

25  Dated:    June 30, 2012                          /s/ Lawrence J. O'Neill

26                                           UNITED STATES DISTRICT JUDGE

27

28

                                      3