Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARCELIO SERRANO-ZEPEDA, Defendant

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ARCELIO SERRANO-ZEPEDA,<br>Defendant. | Case No. 1:10-CR-00416-006-LJO<br><br>JOINT STIPULATION TO CONTINUE SENTENCING HEARING<br><br>Date: August 27, 2012<br>Time: 8:30a.m.<br><br>*Honorable Lawrence J. ONeill, Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing hearing in the above-captioned matter now scheduled for August 27, 2012 at 8:30a.m., **may be continued to September 10, 2012 at 8:30 a.m.** The grounds for the continuance are to allow defendant, Arcelio Serrano-Zepeda along with his counsel, Peter Singh, Esq. to complete the further debriefing and provide the information obtained through this further debriefing to Assistant United States Attorney, Kathleen Servatius.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

1

2  Dated: August 9, 2012                Respectfully Submitted by:

3                                       PETER SINGH & ASSOCIATES, P.C.

4

5                                       By:     /s/ Peter Singh

6                                           PETER SINGH, ESQ.

7                                       Attorney for ARCELIO SERRANO-ZEPEDA, Defendant

8

9  Dated: August 9, 2012                United States Attorney's Office,

10                                      Eastern  Dist. Of California

11

12                                      By:     /s/Kathleen Servatius

13                                          KATHLEEN SERVATIUS,

14                                          Assistant U.S. Attorney

15

16     <u>E-Filing Attestation</u>: I, Peter Singh, am the ECF User whose ID and password are being

17 used to file this Joint Stipulation to Continue Status Conference. I hereby attest that Kathleen

18 Servatius has concurred in this filing.

19 DATED: August  9, 2012              PETER SINGH & ASSOCIATES

20

21                                      By:    /s/ Peter Singh

22                                          PETER SINGH, ESQ.

23                                           Attorney for ARCELIO SERRANO-ZEPEDA

24

25

26

27

28

ORDER

The sentencing calendared for August 27, 2012 at 8:30 a.m. now be continued to **September 10, 2012 at 8:30 a.m.** and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

IT IS SO ORDERED.

**Dated:   August 9, 2012**                         /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE