Peter Singh, Esq. (#183686)
PETER SINGH & ASSOICATES
The Historical Romain Building
2055 San Joaquin Street
Fresno, California  93721
Telephone  (559) 256-9800
Facsimile   (559) 256-9792

Attorney for:  ARCELIO SERRANO-ZEPEDA, Defendant

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARCELIO SERRANO-ZEPEDA,<br><br>Defendant | ) Criminal Case No.: 1:10-CR-00416-006<br>)<br>) ORDER RELEASING PROPERTY BOND<br>) (WITH DEED NUMBER AND APN<br>) NUMBERS)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Defendant, ARCELIO SERRANO-ZEPEDA having been sentenced to a term of 18 months and  in custody, and defendant having surrendered to the Willacy County Correctional Institution in Raymondville, Texas on October 22, 2012 to serve his prison term, and criminal proceedings having been closed against said defendant, it is hereby ordered as follows:

The Clerk of the Eastern District of California is hereby ordered to release the property bond in the amount of $50,000 posted on real estate belonging to ARTURO SERRANO AND VERONICA SERRANO; Deed Number  DOC-2010-0134918; (Fresno County, California); Assessor's Parcel Number (APN) :

370-162-06.

IT IS SO ORDERED.

Dated:   **October 24, 2012**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

1